**POTTER v. CINCINNATI, I. & W. R. CO. et al.**

(Circuit Court of Appeals, Seventh Circuit. January 18, 1921.)

No. 2836.

**Appeal and error ⊚►172(3)—Issues cannot be first raised in appellate court.**
    A defendant, who by his answer admitted the allegations of the bill, cannot maintain an appeal to assert affirmative rights not set up or claimed in the trial court.

Appeal from the District Court of the United States for the Eastern District of Illinois.

Suit in equity against the Cincinnati, Indianapolis & Western Railroad Company, Frank H. T. Potter, and others. From the decree, defendant Potter appeals. Affirmed.

Benjamin F. Ninde and Malcolm D. Owen, both of Chicago, Ill., for appellant.

George B. Gillespie, of Springfield, Ill., for appellee.

Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. Appellant, among others, was made defendant to a bill for the sale of a railroad, and he admitted the allegations of the bill. For his failure to raise, by cross-bill or otherwise, any issue in the trial court respecting the affirmative rights which he is endeavoring to assert here, the decree is affirmed.